

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00325-CV

**IN THE INTEREST OF T.C.D.**, A.P.D. and P.S.D., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06301
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  June 24, 2015

DISMISSED FOR LACK OF JURISDICTION

On February 11, 2015, Ricardo De La Garza was held in contempt for violating provisions of an order in a suit affecting the parent child relationship.  Appellant has filed a notice of appeal from the contempt judgment and a motion for extension of time to file the notice of appeal.

This court does not have jurisdiction to review contempt orders by direct appeal.  *In re Rich*, 993 S.W.2d 272, 274 (Tex. App.—San Antonio 1999, no pet.); *Metzger v. Sebek*, 892 S.W.2d 20, 55 (Tex. App.—Houston [1st Dist.] 1994, writ denied).  Contempt orders may only be reviewed by an application for a writ of habeas corpus, if the contemnor's liberty has been restrained, or by a petition for a writ of mandamus, if the contemnor has not been confined or otherwise had his liberty restrained.  *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985).

On June 3, 2015, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM